UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **HUGO FLOREZ & GRACE FLOREZ,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FIRST COMMUNITY INSURANCE COMPANY,**<br><br>**Defendant**. | Case No.: 2:24-cv-00841-SPC-NPM |

## UNOPPOSED MOTION TO WITHDRAW

Zareen Zaidi, Esquire, proceeding under Local Rule 2.02(c), moves to withdraw from representing Defendant, First Community Insurance Company, in this action.

I certify that the client consents to the withdrawal.

The withdrawal will not result in a person proceeding pro se.

The withdrawal will not result in a continuance of a trial.

### Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not object to my withdrawal.

Date: October 2, 2024

Respectfully Submitted,

*/s/ Zareen Zaidi*
Zareen Zaidi
Florida Bar No. 1041187
John A. Unzicker, Jr.
Florida Bar No. 320366
**NIELSEN & TREAS, LLC**
3838 North Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: 504-837-2500
F: 504-603-0730
junzicker@nt-lawfirm.com
zzaidi@nt-lawfirm.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Zareen Zaidi*
Zareen Zaidi

## SERVICE LIST

## CASE NO. 2:24-cv-00841-SPC-NPM

Melissa Duran
Property Litigation Group, PLLC
2750 SW 145th Avenue
Suite 509
Miramar, Florida 33027
service@plglawyersfl.com
md@plglawyersfl.com